IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 16, 2021, 10:36 am
Michelle Rynne, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MJ 21-0289 RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | Abstract of Release |
| vs. | ) | |
| | ) | |
| NICHOLAS A. CARIGNAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of <u>March 12, 2021</u>, the Court entered the following order:

____ Defendant to be released from custody forthwith

  ____ Released to / continued on pretrial release

  ____ Sentenced to time served

  ____ Case Dismissed

  ____ Released to / continued on supervised probation / unsupervised probation

  ____ Released to / continued on supervised release

✓ Defendant to be released once bond conditions are met.  As conditions have been met effective **March 18, 2021**, defendant to be released forthwith.

____ Bench warrant recalled

____ Other:

Michelle Rynne, Clerk of Court

by:   /s/ EA, Deputy Clerk