JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

MICAH SMITH
Assistant U.S. Attorney
Room 6100, Federal Building
300 Ala Moana Boulevard
Honolulu, HI   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email:   micah.smith@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 21-00289-RT |
| | ) |
| Plaintiff, | ) FOURTH STIPULATION TO EXTEND |
| | ) TIME WITHIN WHICH THE |
| vs. | ) GOVERNMENT MAY FILE |
| | ) INDICTMENT OR INFORMATION |
| NICHOLAS A. CARIGNAN, | ) AND CONTINUING THE |
| | ) PRELIMINARY HEARING DATE; |
| Defendant. | ) ORDER |
| | ) |

**FOURTH STIPULATION TO EXTEND TIME WITHIN WHICH THE
GOVERNMENT MAY FILE INDICTMENT OR INFORMATION
AND CONTINUING THE PRELIMINARY HEARING**

WHEREAS, the defendant was arrested on or about March 8, 2021, and subsequently charged with a Federal felony drug trafficking crime in the above-captioned Magistrate's action;

WHEREAS, pursuant to 18 U.S.C. § 3161(b) of the Speedy Trial Act, the Government must charge the defendant by way of Indictment or Information within thirty (30) days of his arrest date; however, said statute also provides that the exclusions of time set forth in 18 U.S.C. § 3161(h), as authorized by the Court, are not counted in said thirty (30) day computation;

WHEREAS, the thirtieth day after defendant's arrest would be April 7, 2021;

WHEREAS, on March 22, 2021, U.S. Magistrate Rom A. Trader entered a stipulation and order excluding time under the Speedy Trial Act from April 7, 2021, until May 24, 2021;

WHEREAS, on May 18, 2021, U.S. Magistrate Kenneth J. Mansfield entered a second stipulation and order excluding time under the Speedy Trial Act from May 24, 2021, until June 24, 2021;

WHEREAS, on June 15, 2021, U.S. Magistrate Rom A. Trader entered a third stipulation and order excluding time under the Speedy Trial Act from June 24, 2021, until August 24, 2021;

WHEREAS, the preliminary hearing herein is currently scheduled for August 24, 2021, at 2:00 p.m. before U.S. Magistrate Judge Wes Reber Porter;

WHEREAS, the defendant, in consultation with his respective undersigned defense counsel, need additional time beyond August 24, 2021, to prepare and confer with his client, and to have sufficient time to review case-related materials;

WHEREAS, Defendant Nicholas A. Carignan, has William Harrison, Esq., as his retained counsel and who will need time to prepare and review case-related materials;

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

(1)   The period within which the Government herein may assert an Information and/or seek through the Grand Jury an Indictment against the above-named defendants is hereby extended from August 24, 2021, up through and including October 22, 2021;

(2)   The preliminary hearing is continued until October 22, 2021 at 1:30 p.m. before U.S. Magistrate Judge Wes Reber Porter; and

(3)   In accordance with 18 U.S.C. § 3161(h)(7)(A), for the reasons set forth above, the ends of justice served by permitting this extension outweigh the best interest of the public and the defendant in a speedy trial.   Therefore, the time

//

period from August 24, 2021, up through and including October 22, 2021, is hereby excluded from time computation under the Speedy Trial Act.

DATED: August 17, 2021, at Honolulu, Hawaii.

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

By  /s/ Micah Smith
MICAH SMITH
Assistant U.S. Attorney

/s/ William Harrison

WILLIAM HARRISON
Attorney for Defendant
NICHOLAS A. CARIGNAN

APPROVED AND SO ORDERED.

Dated: Honolulu, Hawaii, August 18, 2021.

Kenneth J. Mansfield
United States Magistrate Judge

UNITED STATES v. NICHOLAS A. CARIGNAN; Mag. No. 21-00289-RT; "Fourth Stipulation Extending Time Within Which the Government May File Indictment or Information and Excluding Time Under the Speedy Trial Act and Continuing Preliminary Hearing; Order"