Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON   #2948
1001 Bishop Street, Suite 1180
Honolulu, Hawaii  96813
Telephone Number:   (808) 523-7041
Facsimile: (808) 538-7579
E-mail: wharrison@hamlaw.net

Attorney for Defendant
NICHOLAS A. CARIGNAN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>NICHOLAS A. CARIGNAN,  )<br>  )<br>  Defendant.  )<br>_____ ) | MAG. NO. 21-00289-RT<br><br>**FIRST STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

### FIRST STIPULATION AND ORDER
### MODIFYING CONDITIONS OF PRETRIAL RELEASE

Comes now the UNITED STATES OF AMERICA and Defendant NICHOLAS A. CARIGNAN (hereinafter Defendant "CARIGNAN") above named, by and through their respective counsel undersigned, hereby stipulate and agree that the Order Setting Conditions of Release entered by the court on March 21, 2021 shall be modified as follows:

**The following conditions of release are deleted:**

(7p2) Comply with the Location Monitoring program under the direction of Pretrial Services. The Court authorizes release under the HOME

DETENTION restriction which restricts you to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by Pretrial Services. Pretrial Services is authorized to conduct the initial home installation on a delayed basis.

(10b) Do not drive unless properly licensed and insured. You are not authorized to operate/drive a motor vehicle while a resident at MOKA House.

Release is delayed pending bed space availability at Makana O Ke Akua (MOKA) House and availability of location monitoring equipment.

Other Conditions: You must reside at the Makana O Ke Akua (MOKA) House. You are required to abide by all the rules of the MOKA House program.

Other Conditions: The Federal Detention Center - Honolulu is authorized to release the defendant from custody upon written notice by the Pretrial Services Office that the conditions of release have been satisfied.

**The following conditions of release are added:**

(7p3) Participate in the following location restriction program and comply with its requirements as directed by Pretrial Services.  The Court authorizes release under the CURFEW restriction.

Unless otherwise ordered in Special Condition (7o), you are restricted to your residence every day during the curfew hours as determined by Pretrial Services.

(10b) Do not drive unless properly licensed.

All other pre-trial supervision conditions be and shall remain the same.

    DATED:  Honolulu, Hawaiʻi, October 21, 2021.

/s/ William A. Harrison

WILLIAM A. HARRISON
Attorney for Defendant
NICHOLAS A. CARIGNAN

_____
MICAH SMITH
Assistant U.S. Attorney


_____
DAVID K. KAHUNAHANA
U.S. Pretrial Services Officer Specialist


**IT IS APPROVED AND SO ORDERED:**



_____
Wes Reber Porter
United States Magistrate Judge


*United States of America vs. NICHOLAS A. CARIGNAN*; Mag. No. 21-00289-RT
First Stipulation and Order Modifying Conditions of Pretrial Release

3